IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO. 5:11-CR-313-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PHILIP STEPHEN WOOTEN,<br><br>Defendant. | ORDER |

Upon motion of Defendant Philip Stephen Wooten, it is hereby ORDERED that Docket Entry Number 36 and its accompanying Order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED THAT THE Clerk provide copies of the filed sealed documents to the United States Attorney and Defendant's attorney.

THIS 5th day of June 2013.

_____
LOUISE WOOD FLANAGAN
United States District Court Judge