IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:11-CR-313-FL

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| PHILIP STEPHEN WOOTEN | ) |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on February 28, 2012, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 18 U.S.C. § 981(a)(1)(C), based upon the defendant pleading guilty to 18 U.S.C. §§ 641, 1341, and 1343, and agreeing to the forfeiture of the property listed in the February 28, 2012 Preliminary Order of Forfeiture, to wit: one ladies diamond bridal set, PeJay design, 18-karat white gold, consisting of a semi-mount diamond engagement ring, two matching diamond jacket style wedding bands, $18,000.00 in substitute assets in the possession of defendant's counsel and United States Currency in the amount of $44,419.00;

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between May 4, 2012 and June 2, 2012, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions. Said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of the publication date for a

hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for the property described in this Court's February 28, 2012 Preliminary Order of Forfeiture, other than those specifically mentioned herein;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the property listed in the February 28, 2012 Preliminary Order of Forfeiture is hereby forfeited to the United States. That the United States Department of Justice or the United States Department of Treasury is directed to dispose of the property according to law, including destruction.

2. That any and all forfeited funds shall be deposited by the United States Department of Justice or the United States Department of Treasury, as soon as located or recovered into the Department of Justice's Assets Forfeiture Fund or the Department of Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this 3rd of day October, 2013.

LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE