# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

**v.**                                                  **Crim. No. 5:11-CR-313-1FL**

**PHILLIP STEPHEN WOOTEN**

The aforementioned defendant was sentenced by Your Honor on October 3, 2013, to a 15-month term of imprisonment followed by a 36-month term of Supervised Release. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                          I declare under penalty of perjury that the foregoing
                                                is true and correct.


/s/ Eddie J. Smith                              /s/ Marla Bianco
Eddie J. Smith                                  Marla Bianco
Supervising U.S. Probation Officer              U.S. Probation Officer
                                                150 Rowan St., Suite 110
                                                Fayetteville, NC 28301-5730
                                                Phone: 910.354.2535
                                                Executed On: May 15, 2017


## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___16th___ day of ___May_____, 2017.


_____
Louise W. Flanagan
U.S. District Court Judge